[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10498
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00118-GAP-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON AVERY DEON GRIMES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 14, 2012)

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Jason Avery Deon Grimes, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Grimes's convictions and sentences are **AFFIRMED**.